# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Jovante Lamar Fryson, II,<br><br>Defendant. | No. CR-18-01495-003-TUC-JAS (EJM)<br><br>**ORDER** |

Pending before the Court is a Report and Recommendation issued by United States Magistrate Judge Eric J. Markovich that recommends Defendant's motion to suppress (Doc. 45) be denied as MOOT due to the Government's representation at the evidentiary hearing that it will not introduce evidence regarding the show-up identification. A review of the record reflects that the parties have not filed any objections to the Report and Recommendation and the time to file objections has expired. As such, the Court will not consider any objections or new evidence.

The Court has reviewed the record and concludes that Magistrate Judge Markovich's recommendations are not clearly erroneous. *See* 28 U.S.C. § 636(b)(1); Fed. R. Crim. P. 59(b); *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).

//

//

//

Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Markovich's Report and Recommendation (Doc. 59) is accepted and adopted.

(2) Defendant's motion to suppress (Doc. 45) is dismissed without prejudice as moot.

Dated this 10th day of December, 2018.

Honorable James A. Soto
United States District Judge